# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1268

_____

Fred E. Christian,                          *
                                            *
      Appellant,                       *
                                            *  Appeal from the United States
   v.                                    *  District Court for the
                                            *  Eastern District of Missouri.
Stivers Lincoln-Mercury, Inc.               *
                                            *       [UNPUBLISHED]
      Appellee.                         *

_____

Submitted:  May 20, 1999

Filed:  May 24, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Fred E. Christian appeals from the district court's[1] order dismissing his action with prejudice.  After careful review of the record we conclude briefing would serve no useful purpose and that the appeal is without merit.  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47A(a).

We also deny Mr. Christian's motion for appointment of counsel on appeal.

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.